IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ERIC DYNELL MCGADNEY, | * |
| | * |
| Petitioner, | * CRIMINAL NO. 12-00245-WS-B |
| | * CIVIL ACTION NO. 15-0282-WS-B |
| vs. | * |
| | * |
| UNITED STATES OF AMERICA, | * |
| | * |
| Respondent. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that McGadney's Motion To Vacate, Set Aside, Or Correct Sentence under § 2255 (Doc. 45) be **DENIED,** and that McGadney is not entitled to the issuance of a certificate of appealability or to proceed *in forma pauperis* on appeal.

**DONE** this 30th day of April, 2018.

                                              **s/WILLIAM H. STEELE**
                                              **UNITED STATES DISTRICT JUDGE**